UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **25-2635 & 25-2636**

United States v. Julien Giraud, Jr. & Julien Giraud III
(D.N.J. Nos. 1:24-cr-00768-001 & 1:24-cr-00768-002)

United States v. Cesar Humberto Pina
(D.N.J. No. 2:25-cr-00436-001)

**ORDER**

The appeals at Nos. 25-2635 and 25-2636 are hereby consolidated for all purposes. Appellees may elect to file a consolidated brief or separate briefs.  See Fed. R. App. P. 28(i).  The parties are advised that all case opening forms, motions, and briefs must be electronically filed in all cases on the Court's electronic case filing (ECF) system.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: August 25, 2025
CJG/cc:     Mark E. Coyne, Esq
            Thomas S. Mirigliano, Esq.
            Gina A. Amoriello, Esq.
            Gerald Krovatin, Esq.