UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2635 & 25-2636

UNITED STATES OF AMERICA,
Appellant

v.

JULIEN GIRAUD, JR.; JULIEN GIRAUD, III,
Appellees in No. 25-2635

CESAR HUMBERTO PINA, also known as Flipping NJ,
Appellee in No. 25-2636

(D.N.J. Nos. 1:24-cr-00768, 1:24-cr-00768-002 & 2:25-cr-00436-001)

To: Clerk

1. Consent Motion by Appellant to Expedite the Appeals for Briefing and Disposition, with proposed briefing as follows:

    a. United States shall file its principal brief by Friday September 12, at 5 p.m.

    b. Defendants shall file their principal briefs by Monday, October 6, at 5 p.m.

    c. United States shall file its reply brief by Tuesday, October 14, at 5 p.m.

    d. Any amicus curiae shall file its brief by 5 p.m. on the day the principal brief is due for the side that amicus curiae are supporting

_____ORDER_____
The foregoing motion to expedite and the proposed briefing schedule are granted at the direction of the Court.

For the Court,

*Patricia A. Dodszuweit*
PATRICIA S. DODSZUWEIT, Clerk

Dated: August 27, 2025
CJG/cc:  Mark E. Coyne, Esq.
         Thomas S. Mirigliano, Esq.
         Gina A. Amoriello, Esq.
         Gerald Krovatin, Esq.