UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. **25-2635 & 25-2636**

United States v. Giraud
United States v. Pina
(D.N.J. Nos. 1:24-cr-00768-001, 1:24-cr-00768-002 & 2:25-cr-00436-001)

**ORDER**

This Court ordinarily lacks jurisdiction over an appeal from a pre-trial order issued in a criminal proceeding. See United States v. Whittaker, 268 F.3d 185, 191 (3d Cir. 2001). The collateral order doctrine permits a small class of orders to be appealed before a final judgment on the merits. See Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 546 (1949) (setting forth collateral order doctrine). Such a collateral order must: (1) conclusively determine the disputed question; (2) resolve an important issue separate from the merits of the action; and (3) be effectively unreviewable on appeal. Firestone Tire & Rubber Co. v. Risjord, 449 U.S. 368, 375 (1981).

It appears that, while an order directing the disqualification of a government attorney likely is an immediately appealable collateral order, see Whittaker, 268 F.3d at 191, an order declining to dismiss an indictment likely is not, see United States v. MacDonald, 435 U.S. 850, 863 (1978) (holding that, with a few exceptions, orders denying motions to dismiss indictments are not immediately appealable); United States v. Soriano Nunez, 928 F.3d 240, 243 (3d Cir. 2019) (same). Accordingly, it appears that the current appeal may be limited in scope only to topics pertaining to the District Court's disqualification order.

At the Direction of the Court, the parties are hereby ORDERED within 5 days of the date of this order to file simultaneous responses of no more than three (3) single-spaced pages addressing the proper scope of these appeals. The responses should identify the topics addressed in the District Court's memorandum opinion of August 21, 2025, that pertain to issue(s) within this Court's jurisdiction, so that the Court may consider whether the briefs in this matter should be tailored accordingly.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 2, 2025
CJG/cc:     Mark E. Coyne, Esq.
            Thomas S. Mirigliano, Esq.
            Gina A. Amoriello, Esq.
            John P. Bolen, Esq.
            David A. Kolansky, Esq.
            Gerald Krovatin, Esq.
            Abbe D. Lowell, Esq.
            Isabella M. Oishi, Esq.