# The Law Office of
# Thomas S. Mirigliano, Esq.

**A Professional Service Corporation**

**40 Wall Street - 32nd Floor**
**New York, New York 10005**
Phone: (718) 530-6548
Facsimile: (646) 219-5027

Email: TSM@MiriglianoLaw.com

**Thomas S. Mirigliano, Esq.\***
*Admitted in New York & New Jersey

September 5, 2025

**VIA ECF**

Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

    **RE:** *UNITED STATES V. GIRAUD, JR., ET AL*, **NO. 25-2635**
       *UNITED STATES V. PINA*, **NO. 25-2636**

Dear Ms. Dodszuweit:

  Pursuant to the Court's September 2, 2025 Order (ECF No. 12), this letter is submitted on behalf of defendant Julien Giraud, Jr., in response to the Court's request regarding the proper scope of these consolidated appeals.

  Mr. Giraud agrees that, consistent with the Court's September 2, 2025 Order, this appeal is limited to issues concerning the District Court's August 21, 2025 disqualification ruling.

          Respectfully submitted,

           /s/ *Thomas S. Mirigliano*
          Thomas S. Mirigliano, Esq.
         **Law Office of Thomas S. Mirigliano, Esq., P.C.**
         *Counsel for Defendant-Appellee*
         Julien Giraud, Jr.

Cc:  All Counsel of Record (via ECF)