UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


Nos. 25-2635 & 25-2636


UNITED STATES OF AMERICA,
Appellant

v.

JULIEN GIRAUD, JR.; JULIEN GIRAUD, III,
Appellees in No. 25-2635

CESAR HUMBERTO PINA, also known as Flipping NJ,
Appellee in No. 25-2636

(D.N.J. Nos. 1:24-cr-00768, 1:24-cr-00768-002 & 2:25-cr-00436-001)


To:    Clerk


1. Letter Response by Appellee Cesar Humberto Pina in No. 25-2636 addressing the proper scope of the appeals

2. Letter Response by Appellant United States of America regarding the proper scope of the appeals

3. Letter Response by Appellee Julien Giraud, Jr. in No. 25-2535 to Court's September 2, 2025 Order regarding proper scope of the appeals

4. Brief by Amicus Curiae Separation of Powers Clinic in Support of Appellant

5. Letter by Appellee Julien Giraud, III in No. 25-2535 Joining in Co-Appellee Julien Giraud, Jr.'s Response regarding proper scope of the appeals

---

Upon consideration of the parties' submissions of September 5, 2025, concerning appellate jurisdiction, the Court hereby directs that all briefs filed in these matters must be tailored in scope to the District Court's disqualification ruling of August 21, 2025 – namely, whether Ms. Habba's continuing participation in these prosecutions is valid

under the Federal Vacancies Reform Act or by virtue of her appointment as Special Attorney. The District Court's decision not to dismiss the indictments is not appealable at this stage of the proceedings and any arguments pertaining to that decision therefore will not be considered.



For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: September 9, 2025
CJG/cc:     Katherine T. Allen, Esq.
        Mark E. Coyne, Esq.
        Henry C. Whitaker, Esq.
        Thomas S. Mirigliano, Esq.
        Gina A. Amoriello, Esq.
        R. Trent McCotter, Esq.
        John P. Bolen, Esq.
        David A. Kolansky, Esq.
        Gerald Krovatin, Esq.
        Abbe D. Lowell, Esq.
        Isabella M. Oishi, Esq.