**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 25-02636

United States of America vs. Cesar Pina

Calendar Date 10/20/2025     Location Philadelphia

**ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL**

Receipt acknowledged by: Gerald Krovatin

Designation of Arguing Counsel: Abbe David Lowell

Member of the Bar: ✔ Yes   ☐ No

Representing (check only one):

☐ Petitioner(s)   ☐ Appellant(s)   ☐ Intervenor(s)

☐ Respondent(s)   ✔ Appellee(s)   ☐ Amicus Curiae

Please list the name of the lead party being represented:

Cesar Pina

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT.  (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)