# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

25-2635 & 25-2636

USA v. Julien Giraud, Jr., et al

2:25-cr-00436-001

## O R D E R

The Court has received the Pro Se Amicus Brief from **Frank Edwin Pate**.

**The brief does not comply with the following Court requirements:**

**Errors Specific to Amicus/Intervenor Brief**

**.** Brief filed without prior consent from all parties. (Amicus Only)

**Action Required Regarding Amicus/Intervenor Brief**

In order to cure errors specific to Amicus Briefs, please file a letter to the Court indicating consent from all parties (Amicus Only) OR motion for leave to proceed as Amicus.

**Counsel or the party(ies) must correct the above listed deficiencies by 10/10/2025. No action will be taken on the document until the error(s) has (have) been corrected.**

**Pursuant to 3rd Cir. LAR Misc. 107.3 and 3rd Cir. LAR Misc. 113, if a party fails to comply with the electronic filing requirements, despite notice by the Clerk, the Court may impose sanctions. Such sanctions include, but are not limited to, imposition of costs, disciplinary sanctions, and dismissal of the case.**

**For questions please call 267-299-4929, or contact the Briefing Department of the Clerk's Office at 215-597-2995, option 2.**

**MS/cc: All Counsel/Parties of Record**

**Dated: October 3, 2025**