# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-2635, 25-2636</u>

<u>United States of America</u> vs. <u>Giraud et al.</u>

## ENTRY OF APPEARANCE

Please list the names of **all** parties represented, using additional sheet(s) if necessary:

<u>Republican Former Members of Congress (see attached list)</u>

Indicate the party's role IN THIS COURT (check **only** one):

☐ Petitioner(s)    ☐ Appellant(s)    ☐ Intervenor(s)

☐ Respondent(s)    ☐ Appellee(s)    ☑ Amicus Curiae

(Type or Print) Counsel's Name <u>Anne Burton-Walsh</u>

☐ Mr.    ☑ Ms.    ☐ Mrs.    ☐ Miss    ☐ Mx.

Firm <u>Aguilar Bentley LLC</u>

Address <u>171 E. Ridgewood Ave., Suite 201</u>

City, State, Zip Code <u>Ridgewood, NJ 07450</u>

Phone <u>(917) 216-7236</u>    Fax <u>(646) 924-0599</u>

**Primary E-Mail Address (required)** <u>aburtonwalsh@aguilarbentley.com</u>
**Additional E-Mail Address (1)** <u>anne.burtonwalsh@gmail.com</u>
**Additional E-Mail Address (2)** <u> </u>
**Additional E-Mail Address (3)** <u> </u>

**If your organization has created a common or general email address for purposes of receiving ECF notices, that common email address MUST be one of the listed additional email addresses.** Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. You are limited to 3 additional e-mail addresses.

## SIGNATURE OF COUNSEL: <u>/s/ Anne Burton Walsh</u>

COUNSEL WHO FAIL TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES. ONLY ATTORNEYS WHO ARE MEMBERS OF THIS COURT'S BAR OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION MAY FILE AN APPEARANCE FORM.

A non-government attorney who is not currently in active status will be required to file the Attorney Admission Renewal /Adjustment of Status Form in order to proceed with the case. Bar admission is waived for Federal and Virgin Island government attorneys.

**Amici Curiae Republican Former Members of Congress:**

Christopher Shays, Representative for the 4th Congressional District of Connecticut from 1987 to 2009 (R);

John LeBoutillier, Representative for the 6th Congressional District of New York from 1981 to 1983 (R);

Mickey Edwards, Representative of the 5th Congressional District of Oklahoma from 1977 to 1993 (R);

Peter Smith, Representative-at-Large of Vermont from 1989 to 1991 (R);

Tom Petri, Representative of the 6th Congressional District of Wisconsin from 1979 to 2015 (R);

Jim Greenwood, Representative of the 8th Congressional District of Pennsylvania from 1993 to 2005 (R);

David Trott, Representative of the 11th Congressional District of Michigan from 2015 to 2019 (R); and

Barbara Comstock, Representative of the 10th Congressional District of Virginia from 2015 to 2019 (R).