Nos. 25-2635 & 25-2636

## UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

————————————————

### UNITED STATES OF AMERICA,

Appellant,

v.

### JULIEN GIRAUD, JR., *et al.*,

Appellees.

————————————————

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF
## ON BEHALF OF FORMER UNITED STATES ATTORNEYS

The undersigned attorney, on behalf of amici former United States Attorneys, moves for leave to file an amicus curiae brief. In support of this motion, the undersigned states that amici have served as Presidentially-appointed United States Attorneys in districts around the country. Amici's tenure spans from 1993 to the present, and they include appointees from the Biden, Obama, George W. Bush, Clinton, George H.W. Bush, and Regan administrations. They include:

- **Donald B. Ayer**, Deputy Attorney General(1989-1990); Principal Deputy Solicitor General (1986-88); U.S. Attorney for the Eastern District of California (1982-86); Assistant United States Attorney (1977-79).

- **Daniel G. Bogden**, U.S. Attorney for the District of Nevada (2001-2007, 2009-2017).

- **Harry Litman**, U.S. Attorney for the Western District of Pennsylvania (1998-2001).

- **John McKay**, U.S. Attorney for the Western District of Washington (2001-2007).

- **Michael D. McKay**, U.S. Attorney for the Western District of Washington (1989-1993).

- **Barbara McQuade**, U.S. Attorney for the Eastern District of Michigan (2010-2017).

- **Gary M. Restaino**, U.S. Attorney for the District of Arizona (2021-2025).

- **Donald K. Stern**, United States Attorney for the District of Massachusetts (1993-2001).

- **Stanley Twardy**, U.S. Attorney for the District of Connecticut (1985-1991).

- **William Weld**, U.S. Attorney for the District of Massachusetts (1981-1986).

As attorneys who have dedicated their careers to representing the government in this unique and important capacity, the district court's decision is of vital interest to amici. Moreover, amici have intimate knowledge of the responsibilities of United States Attorneys, the workings of the United States Attorneys' Offices, and the relationship of those offices to the larger Department of Justice community. U.S.

Attorneys investigate the most complex crimes and try the most critical criminal prosecutions and civil actions brought by the federal government. Amici U.S. Attorneys are singularly familiar with those responsibilities and with the extraordinarily broad discretion statutorily vested in U.S. Attorneys. Accordingly, amici seek leave to file a brief that can convey to the Court the critical importance of expertise and continuity to the work of U.S. Attorneys' offices and the effective performance of the Assistant U.S. Attorneys. In their amicus curiae brief, amici explain why United States Attorney vacancies should be filled only with experienced and competent personnel.

WHEREFORE, amici respectfully request leave to file a brief with the Court urging affirmance of the decision below.

Dated: October 6, 2025                    Respectfully submitted,


                                          */s/Debra Loevy*
                                          Debra Loevy
                                          Loevy & Loevy
                                          311 N. Aberdeen St.
                                          3rd floor
                                          Chicago, IL  60607
                                          (215) 299-2000

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, this document filed through the ECF system will be sent electronically upon all counsel of record.

/*s/ Debra Loevy*
Debra Loevy