Case Nos. 25-2635 & 25-2636

# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

United States of America, *Appellant*,
v.
Julien Giraud, Jr.; Julien Giraud, III, *Appellees*.

United States of America, *Appellant*,
v.
Cesar Humberto Pina, *Appellee*.

*On Appeal from the United States District Court for the District of New Jersey*, Nos. 1:24-cr-768 & 2:25-cr-436, Sat Below: Judge Matthew W. Brann

## AMICUS BRIEF OF REPUBLICAN FORMER MEMBERS OF CONGRESS IN SUPPORT OF NEITHER PARTY AND IN FAVOR OF AFFIRMANCE

GREGG NUNZIATA, ESQ.
Executive Director
Society for the Rule of Law Institute
601 Pennsylvania Ave., NW
South Building, Ste. 900
Washington, D.C. 20004

ANNA CONLON AGUILAR, ESQ.
LISA D. BENTLEY, ESQ.
ANNE BURTON-WALSH, ESQ.
Aguilar Bentley LLC
171 E. Ridgewood Ave., Ste. 201
Ridgewood, NJ 07450
Telephone: (212) 835-1521

*Counsel for Amici Curiae*

## TABLE OF CONTENTS

**Page(s)**

INTEREST OF AMICI ................................................................................... 1-3

POSITION OF AMICI ...................................................................................... 3

CONCLUSION .................................................................................................. 3

## TABLE OF AUTHORITIES

**Page(s)**

**United States Constitution**

U.S. Const. art. II, § 2, cl. 2 ...................................................................................1

**Statutes**

28 U.S.C. § 546 .........................................................................................................1

28 U.S.C. § 546(c) ....................................................................................................1

**Rules**

Fed. R. App. P. 29(a) ................................................................................................1

## INTERESTS OF AMICI[1]

Amici curiae (the "Amici") are a group of Republican former members of Congress who, during their tenures, exercised the legislative powers vested in Congress by Article I of the Constitution and their authority under the Appointments Clause. Amici were members of Congress before, during and/or after the passage of the Preserving United States Attorney Independence Act of 2007 (the "Act"), codified in part at 18 U.S.C. § 546, which restored the 120-day limit on interim appointments of United States Attorneys now codified in § 546(c). The Act reflected Congress's considered judgment—rooted in the Constitution's separation of powers framework—that the appointment of U.S. Attorneys must be subject to meaningful checks, including the Senate's advice and consent, except in limited circumstances expressly provided by law.

In enacting the statutory scheme at issue here, Congress acted pursuant to its explicit constitutional prerogative to "by Law vest the Appointment of . . . inferior officers . . . in the President alone, in the Courts of Law, or in the Heads of Departments." U.S. Const. art. II, § 2, cl. 2. The Act codifies the balance struck

---

[1] In accordance with Federal Rule of Appellate Procedure 29, all parties have consented to the filing of this amicus brief. *See* Fed. R. App. P. 29(a)(2). No party's counsel authored this brief in whole or in part; no party or party's counsel contributed money that was intended to fund preparing or submitting the brief; and no person contributed money that was intended to fund preparing or submitting the brief. *See* Fed. R. App. P. 29(a)(4)(E).

by the Framers between executive branch flexibility and legislative branch oversight, ensuring that a critical law enforcement position is filled without undue delay while preserving the Senate's essential role in confirming those who serve beyond a short interim period.

As former representatives of the United States Congress who swore an oath to support the United States Constitution, Amici have a strong interest in ensuring that the Court interprets the statutory framework governing the appointment of United States Attorneys in a manner faithful to this constitutional design. The Administration's recent actions to extend Alina Habba's tenure as U.S. Attorney beyond the statutory limit, without Senate confirmation, implicates the separation of powers concerns addressed in the Act. Amici submit this brief not to advance the position of either party on the merits of the underlying criminal case, but to provide the Court with the structural principles at stake in the proper application of the Act.

The Republican former members of Congress in support of this brief are:

- Christopher Shays, Representative for the 4th Congressional District of Connecticut from 1987 to 2009 (R);

- John LeBoutillier, Representative for the 6th Congressional District of New York from 1981 to 1983 (R);

- Mickey Edwards, Representative of the 5th Congressional District of Oklahoma from 1977 to 1993 (R);

- Peter Smith, Representative-at-Large of Vermont from 1989 to 1991 (R);

- Tom Petri, Representative of the 6th Congressional District of Wisconsin from 1979 to 2015 (R);

- Jim Greenwood, Representative of the 8th Congressional District of Pennsylvania from 1993 to 2005 (R);

- David Trott, Representative of the 11th Congressional District of Michigan from 2015 to 2019 (R); and

- Barbara Comstock, Representative of the 10th Congressional District of Virginia from 2015 to 2019 (R).

## POSITION OF AMICI

Amici hereby incorporate the Brief of Amici Curiae Bipartisan Current and Former Members of Congress in Support of Neither Party, filed today, including the Introduction, Background, Argument and Conclusion Sections.

## CONCLUSION

Amici respectfully submit that the Court should resolve the issues presented in this matter consistent with the allocation of constitutional authority under the Appointments Clause and, therefore, affirm the order entered by the district court.

Dated: October 6, 2025                    Respectfully Submitted,

                                          By:   */s/ Anne Burton Walsh*
                                                    Anne Burton-Walsh

                                                    Anna Aguilar
                                                    Lisa D. Bentley
                                                    Anne Burton-Walsh
                                                    Aguilar Bentley LLC
                                                    171 E. Ridgewood Ave., Suite 201
                                                    Ridgewood, New Jersey 07450
                                                    Tel. No. 212-835-1521
                                                    aaguilar@aguilarbentley.com
                                                    lbentley@aguilarbentley.com
                                                    aburtonwalsh@aguilarbentley.com

                                                    Gregg Nunziata
                                                    Executive Director
                                                    Society for the Rule of Law Institute
                                                    601 Pennsylvania Ave, NW
                                                    South Building, Ste 900
                                                    Washington, DC 20004
                                                    gregg@societyfortheruleoflaw.org

                                                    *Counsel for Amici Curiae* Republican Former Members of Congress

- 5 -

## CERTIFICATE OF COMPLIANCE

I certify that this brief complies with the typeface requirements of Federal Rule of Appellate Procedure 32. It contains 614 words.

The text of the electronic brief is identical to the text in the paper copies.

At least one of the attorneys whose names appear on this brief is a member of the bar of this Court.

The electronic version of this brief has been scanned for viruses using Windows Security and no virus was detected.

                */s/ Anne Burton Walsh*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025 I caused to be filed the foregoing document with the United States Courts of Appeals for the Third Circuit, via the CM/ECF system, which will provide notice to all counsel of record, and the proposed amicus Frank Edwin Pate, appearing *pro se*, to be served with a paper copy of the foregoing document via U.S. mail at 880 West Wintergreen Road, Hutchins, TX 75141.

                                                     */s/ Anne Burton Walsh*