# IN THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**UNITED STATES OF AMERICA**

**VS.**                      **NO. 25-2635**

**JULIEN GIRAUD III**

## NOTIC OF JOINDER IN BRIEF

**TO THE HONORABLE JUDGES OF SAID COURT:**

Appellee, Julien Giraud, III, in the above-captioned matter, by his attorney, Gina A. Amoriello, Esquire, hereby respectfully joins in the Brief filed on October 6, 2025, by Appellee Julien Giraud, Jr. under under ECF Document 47.

                                       Respectfully submitted:

                                       /s/ Gina Amoriello
                                       GINA AMORIELLO, ESQUIRE
                                       Attorney for Appellee Giraud III

DATED: 10/6/25

# CERTIFICATE OF SERVICE

I certify that on this 6th day of October, 2025, I have served the below referenced parties via electronic filing thus making it available for downloading and printing, a copy of the attached Notion of Joinder in Brief upon all parties of record.

/s/ Gina Amoriello
GINA AMORIELLO, ESQUIRE
Attorney for Appellee Giraud III