UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Appellant,<br><br>v.<br><br>JULIEN GIRAUD JR. and<br>JULIEN GIRAUD III,<br>Appellees. | Appeal No. 25-2635 |
| UNITED STATES OF AMERICA,<br>Appellant,<br><br>v.<br><br>CESAR HUMBERTO PINA,<br>Appellee. | Appeal No. 25-2636 |

UNOPPOSED MOTION FOR LEAVE TO FILE A CONSOLIDATED
REPLY BRIEF THAT DOES NOT EXCEED 8,000 WORDS.

The United States hereby moves under Federal Rule of Appellate Procedure 32(e) for leave to file a reply brief in these consolidated appeals that does not exceed 8,000 words. Appellees Julien Giraud Jr. and Julien Giraud III in Appeal No. 25-2635 and Appellee Cesar Humberto Pina in Appeal No. 25-2636 have authorized the undersigned to represent that they do not oppose this motion.

In its 12,782-word opening brief, the United States explained why Alina Habba is validly serving as the Acting U.S. Attorney for the District of New

Jersey and why she can continue leading the U.S. Attorney's Office in any event through the authority the U.S Attorney General has delegated her. In opposition, the Girauds and Pina filed responsive briefs totaling nearly 24,000 words. Although those briefs overlap, they do not raise the same arguments.

For example, the *Pina* brief ("PB") includes an eight-page argument grounded on the statutory precursors to the Federal Vacancies Reform Act of 1998 and some of the FVRA's legislative history. PB20–27. The *Giraud* brief ("GB"), on the other hand, discusses other parts of the FVRA's legislative history. GB24–25. Unlike the *Giraud* brief, the *Pina* brief argues that the Supreme Court has rejected *sub silentio* some of the government's contentions. PB32–33, 39–42. And the *Pina* brief includes still other arguments that the *Giraud* brief omits. *E.g.*, PB38–39, 44–48.

Responding to all the arguments the Girauds and Pina are raising (and additional arguments the amici curiae raise in briefing that collectively exceeds 20,000 words) will require more than the 6,500 words that Rule 32(a)(7)(B)(ii) ordinarily permits for a reply brief. The United States is mindful on the burden that overlength briefing imposes upon this Court. But in their professional judgment, the United States' counsel believe as many as 1,500 more words will be necessary for the reply brief to address appropriately the arguments being raised in defense of the district court's disqualification order.

Accordingly, the United States respectfully requests leave to file a reply brief in these consolidated appeals that does not exceed 8,000 words. The United States greatly appreciates this Court's consideration.

Respectfully submitted,

PAMELA J. BONDI
U.S. Attorney General

TODD BLANCHE
U.S. Deputy Attorney General

HENRY C. WHITAKER
Counselor to the Attorney General

MATTHEW R. GALEOTTI
Acting Assistant Attorney General

ALINA HABBA
Acting U.S. Attorney
Special Attorney

*/s/ Mark C. Coyne*
Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division
(973) 297-2002

Katherine Twomey Allen
Criminal Division
U.S. Department of Justice

Dated: October 13, 2025

## CERTIFICATION OF COMPLIANCE AND SERVICE

I hereby certify that this filing complies with typeface, type style and length limits of Federal Rule of Appellate Procedure 27(d). The filing contains 353 countable words and was prepared using Microsoft Word for Microsoft 365 MSO's 14-point proportionally spaced Calisto MT typeface.

I further certify that this filing was prepared on a computer automatically protected by an updated version of Trellix Endpoint Security and no virus was detected.

I further certify that on October 13, 2025, I caused a copy of this motion to be served, by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on all counsel of record to the parties in this case.

_____
Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division

Dated: October 13, 2025