UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2635

UNITED STATES OF AMERICA,
Appellant
v.
JULIEN GIRAUD, JR.; JULIEN GIRAUD, III

(D.N.J. Nos. 1:24-cr-00768-001 & 002)

_____

No. 25-2636

UNITED STATES OF AMERICA,
Appellant
v.
CESAR HUMBERTO PINA

(D.N.J. No. 2:25-cr-00436-001)

Present: RESTREPO, SMITH, and FISHER, Circuit Judges

Motion by Amicus Curiae Association of Criminal Defense Lawyers of New Jersey for Leave to Participate in Oral Argument.

                                        Respectfully,
                                        Clerk/AR

_____ORDER_____

The foregoing motion to participate in oral argument is granted on the condition that amicus counsel share the time allotted to the party that they support.

                                        By the Court,

                                        s/ L. Felipe Restrepo
                                        Circuit Judge

Dated: 10/14/25
AR/cc: All Counsel of Record