# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2635, 25-25-2636

United States of America vs. Giraud et al.

Calendar Date: 10/20/2025     Location: Philadelphia

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: James I. Pearce

Designation of Arguing Counsel: James I. Pearce

Member of the Bar: ✔ Yes ☐ No

Representing (check only one):

☐ Petitioner(s)  ☐ Appellant(s)  ☐ Intervenor(s)

☐ Respondent(s)  ☐ Appellee(s)  ✔ Amicus Curiae

Please list the name of the lead party being represented:
Association of Criminal Defense Lawyers of New Jersey

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)