UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2635

UNITED STATES OF AMERICA,
Appellant
v.
JULIEN GIRAUD, JR.; JULIEN GIRAUD, III

(D.N.J. Nos. 1:24-cr-00768-001 & 002)

_____

No. 25-2636

UNITED STATES OF AMERICA,
Appellant
v.
CESAR HUMBERTO PINA

(D.N.J. No. 2:25-cr-00436-001)

Present: RESTREPO, SMITH, and FISHER, Circuit Judges

    Motion by Former United States Attorneys for Leave to File an Amicus Curiae Brief.

                                                     Respectfully,
                                                     Clerk/mcw

Calendared for: 10/20/2025.

_____ORDER_____

The foregoing motion is hereby granted.

                                                     By the Court,

                                                     s/ L. Felipe Restrepo
                                                     Circuit Judge

Dated: October 16, 2025
MCW/cc: All Counsel of Record