<u>11:00 A.M.</u>
<u>THE ALBERT BRANSON MARIS COURTROOM (19TH FLOOR)</u>

<u>MONDAY, OCTOBER 20, 2025</u>

<u>Coram</u>: RESTREPO, SMITH and FISHER, Circuit Judges

<u>No. 25-2635/ 25-2636</u>

UNITED STATES OF AMERICA,
Appellant in no. 25-2635
v.
JULIEN GIRAUD, JR.; JULIEN GIRAUD, III

———

UNITED STATES OF AMERICA,
Appellant in no. 25-2636
v.
CESAR HUMBERTO PINA

| <u>Counsel for Appellant</u> | <u>Counsel for Appellees</u> |
|---|---|
| HENRY C. WHITAKER | ABBE DAVID LOWELL<br>[Giraud and Pina]<br>(17 minutes per Court) |
|  | JAMES I. PEARCE<br>[Association of Criminal Defense Lawyers of New Jersey]<br>(3 minutes per Court) |
| (20 minutes total Court time) | (20 minutes total Court time) |