25-2635, 25-2636

Frank Edwin Pate
880 West Wintergreen Road
Hutchins, TX 75141

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## United States Court of Appeals for the Third Circuit

**Notice of Docket Activity**

The following transaction was filed on 10/14/2025

**Case Name:** USA v. Julien Giraud, Jr., et al
**Case Number:** 25-2635

**Docket Text:**
TEXT ORDER (Clerk) The motion filed by Frank Edwin Pate for leave to file an amicus curiae brief is DENIED at the direction of the Court. [25-2635, 25-2636] (KAG)

**Notice will be electronically mailed to:**

Katherine T. Allen
Gina A. Amoriello
Mark A. Berman
Thomas A. Berry
John P. Bolen
Anne Burton-Walsh
Mark E. Coyne
David A. Kolansky
Gerald Krovatin
Debra Loevy
Abbe D. Lowell
R. Trent McCotter
Thomas S. Mirigliano
Isabella M. Oishi
James I. Pearce
Henry C. Whitaker

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5423449
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 8578224, 8578227, 8578226

Case: 25-2635 Document: 80 Page: 3 Date Filed: 11/10/2025

**OFFICE OF THE CLERK**
**UNITED STATES COURT OF APPEALS**
21400 U.S. COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

PHILADELPHIA PA 191
14 OCT 2025 PM 7 L

FIRST-CLASS

US POSTAGE — PITNEY BOWES
ZIP 19106 $ 000.74⁰
02 7W
0008035226 OCT. 14. 2025

RECEIVED
NOV 10 2025
U.S.C.A. 3rd. CIR



NIXIE        750    DE 1        0010/30/25
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 19106179099        *2697-04305-14-46