# UNITED STATES COURT OF APPEALS
## FOR THE THIRD CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Appellant,<br><br>v.<br><br>**JULIEN GIRAUD JR.** and<br>**JULIEN GIRAUD III,**<br>    Appellees. | **Appeal No. 25-2635** |
| **UNITED STATES OF AMERICA,**<br>    Appellant,<br><br>v.<br><br>**CESAR HUMBERTO PINA,**<br>    Appellee. | **Appeal No. 25-2636** |

## CONSENT MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE ANY PETITION FOR REHEARING OR REHEARING EN BANC

The United States of America moves, pursuant to Federal Rule of Appellate Procedure 26(b), for a 30-day extension of time in which to file any petition for rehearing or rehearing en banc. On December 1, 2025, this Court issued its precedential opinion affirming the disqualification orders on appeal. *United States v. Giraud*, __ F.4th __, 2025 WL 3439752 (3d Cir. Dec. 1, 2025). Any petition for rehearing or rehearing en banc would be due on or before December 15, 2025. *See* Fed. R. App. P. 40(a)(1).

Counsel for Appellees Julian Giraud Jr., Julian Giraud III and Cesar Humberto Pina have authorized the undersigned to represent that they consent

to this extension request. But they are reserving their right to argue that any petition for further review would be moot given Alina Habba's resignation as Special Attorney and First Assistant United States Attorney for the United States Attorney's Office for the District of New Jersey.

There is good cause for a 30-day extension of time in which to file any rehearing petition. The extension will ensure that there is adequate time for the Solicitor General to determine, in consultation with other components of the Department Justice, whether to seek rehearing en banc, and for a petition to be prepared if authorized, or whether to forgo such a petition and pursue a petition for a writ of certiorari. The extension is also necessary to accommodate the schedules of the attorneys principally responsible for preparing any petition for rehearing en banc, especially given the upcoming holidays, including Hanukkah (which begins on December 15), Christmas and New Year's Day. If the Solicitor General decides not to seek rehearing en banc before the requested 30-day extension expires, the United States will promptly notify this Court and Appellees' counsel.

Accordingly, the United States requests a 30-day extension of time, until Wednesday, January 14, 2026, of the deadline to file any petition for rehearing or rehearing en banc. The United States thanks this Court for its consideration and the Appellees for their consent to this motion.

Respectfully submitted,

PAMELA J. BONDI
U.S. Attorney General

TODD BLANCHE
U.S. Deputy Attorney General

HENRY C. WHITAKER
Counselor to the Attorney General

MATTHEW R. GALEOTTI
Acting Assistant Attorney General

JORDAN FOX
Chief of Staff & Associate Deputy
　Attorney General
Special Attorney

*/s/ Mark E. Coyne*
Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division
(973) 297-2002

Katherine Twomey Allen
Criminal Division
U.S. Department of Justice

Dated: December 9, 2025

CERTIFICATION OF COMPLIANCE AND SERVICE

 I hereby certify that this filing complies with typeface, type style and length limits of Federal Rule of Appellate Procedure 27(d). The filing contains 339 countable words and was prepared using Microsoft Word for Microsoft 365 MSO's 14-point proportionally spaced Calisto MT typeface.

 I further certify that this filing was prepared on a computer automatically protected by an updated version of Trellix Endpoint Security and no virus was detected.

 I further certify that on December 9, 2025, I caused a copy of this motion to be served, by the Notice of Docketing Activity generated by the Third Circuit's electronic filing system, on all counsel of record to the parties in this case.

_____
Mark E. Coyne
Supervisory Assistant U.S. Attorney
Chief, Appeals Division

Dated: December 9, 2025