UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 25-2635 & 25-2636

United States v. Julien Giraud, Jr. & Julien Giraud III
(D.N.J. Nos. 1:24-cr-00768-001 & 1:24-cr-00768-002)

United States v. Cesar Humberto Pina
(D.N.J. No. 2:25-cr-00436-001)

TO:    Clerk

Motion by the Appellant United States of America for an Extension of Time of Thirty Days to file a Petition for Rehearing or Petition for Rehearing En Banc

**ORDER**
_____
At the direction of the Court, Appellant's motion for extension of time to file the petition for rehearing en banc is granted. Any petition for rehearing is due to be filed on or before January 14, 2026.

For the Court,

 s/ Patricia S. Dodszuweit
Clerk

Dated: December 11, 2025
CJG/cc:    All Counsel of Record.