OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

February 3, 2026

Melissa E. Rhoads
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & United States Courthouse
4th & Cooper Streets
Camden, NJ 08101

RE: USA v. Julien Giraud, Jr., et al
Case Number: 25-2635
District Court Case Numbers: 1:24-cr-00768-001 & 1:24-cr-00768-002

Dear District Clerk,

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case. The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order shows costs taxed, if any.

Very truly yours,
Patricia S. Dodszuweit, Clerk

By: s/ Caitlyn
Case Manager
267-299-4956

Cc:   Katherine T. Allen, Esq.
      Gina A. Amoriello, Esq.
      Mark A. Berman, Esq.
      Thomas A. Berry, Esq.

Anne Burton-Walsh, Esq.
Mark E. Coyne, Esq.
Debra Loevy, Esq.
R. Trent McCotter, Esq.
Thomas S. Mirigliano, Esq.
James I. Pearce, Esq.
Henry C. Whitaker, Esq.